JOHN PARROTT, Appellant, *v.* JOSEPH SAWYER, Respondent.

(Argued October 24, 1881 ; decided November 22, 1881.)

THIS case presented the same questions and was decided upon authority of *Parrott* v. *Colby* (6 Hun, 55 ; affirmed, 71 N. Y. 597). (See also *Jagger Iron Co.* v. *Walker*, 76 N. Y. 521.)

*Albert Stickney* for appellant.

*William G. Wilson* for respondent.

*Per Curiam* opinion for affirmance of order and for judgment absolute on stipulation.
All concur.
Order affirmed and judgment accordingly.